*AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| Return | | |
|---|---|---|
| *Case No.:*<br>1:22-MJ-69 | *Date and time warrant executed:*<br>1/31/2022 2:05PM | *Copy of warrant and inventory left with:*<br>On File |

*Inventory made in the presence of :*
    J. Roth

*Inventory of the property taken and name of any person(s) seized:*

Priority Mail 9405 5111 0803 6423 7357 82, which contained approximately 1 KG of a green leafy suspected to be marijuana.

FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 MAR -8  PM 1:56

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. CINCINNATI

| Certification |
|---|

    *I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.*

*Date:*    2/4/2022

_____
*Executing officer's signature*

Andrew W. Kremer, U.S. Postal Inspector
*Printed name and title*